# Houk *against* Knop.

A defendant, against whom a justice of the peace had rendered a judgment, entered an appeal, a transcript of which the justice promised to file in the common pleas, but which he did not do in time.    Held, that the misconduct of the justice was not official, and such as would justify the court in sustaining an appeal entered after the first day of the next term.

ERROR to *Cumberland* county.

This suit originated before a justice by Isaac Knop against George Houk: a judgment was rendered for the plaintiff from which the defendant appealed.    The justice having been engaged at the time, promised the defendant that he would make a transcript and file it in the common pleas before the next term, but which he neglected to do.    The appeal was filed after the first day of the term by the defendant himself, which, on motion, the court (Reed, president) struck off.

*Penrose*, for plaintiff in error, cited, 16 *Serg. & Rawle* 421.

*Williamson*, contra.

PER CURIAM.—Had the justice refused the appellant a transcript, in time for the filing of the appeal, the case would have been a strong one for him.    There was however no refusal, but a promise to furnish it when the matter in hand should be finished; on which, instead of waiting for that, and giving his personal attention to the matter, the appellant committed the whole to the care of the justice, not only to furnish the transcript, but institute the appeal in the office; so that having made the justice his agent, he is bound by his negligence.

Judgment affirmed.